FREDERICKE E. KUSE, ADMINISTRATRIX, ETC., RESPONDENT, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, APPELLANT.

APPEAL from an order denying a motion for a new trial, made upon the minutes of the justice before whom the action was tried.

The only exception insisted on upon this appeal was that the court should have dismissed the complaint. The General Term *held,* that the evidence was such as to require a submission of the case to the jury, and affirmed the order.

*Calvin G. Child,* for the appellant.

*D. R. Jaques* for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed.

———

BERNHARD MAYER, RESPONDENT, *v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered on the verdict of a jury.

The General Term, at the October term, in 1874, overruled a demurrer to the complaint in this action, the opinion being reported in 9 Supreme Court Reports (2 Hun), 306. The General Term *held,* that no new questions were presented upon this appeal, and adopted the former opinion as a sound exposition of the law.

*D. J. Dean,* for the appellant.

*Neville & Andrews,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Judgment affirmed.